

United States District Court
Eastern District of California

| SUPERIOR BUILDING GROUP, LLC |
| --- |

Plaintiff(s)

Case Number: 1:26-cv-00587

V.

| LISHA SERENITY LLC, ET AL., |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ryan M. Sawal, Esq. hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Superior Building Group, LLC

On 09/19/2022 (date), I was admitted to practice and presently in good standing in the

Courts of the State of Florida (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: 02/18/2026          Signature of Applicant: /s/ Ryan M. Sawal

**Pro Hac Vice Attorney**

Applicant's Name: Ryan M. Sawal, Esq.

Law Firm Name: Ayala Law P.A.

Address: 2490 Coral Way

Ste. 401

City: Miami    State: FL    Zip: 33145

Phone Number w/Area Code: (305) 570-2208

City and State of Residence: Miami, Florida

Primary E-mail Address: rsawal@ayalalawpa.com

Secondary E-mail Address: sgarcia@ayalalawpa.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Brian Nomi

Law Firm Name: Law Office of Brian Nomi

Address: 215 E. Daily Dr.

Ste. 28

City: Camarillo    State: CA    Zip: 93010

Phone Number w/Area Code: (805) 444-5960    Bar # 203059

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 2/20/2026

*Sheila K. Oberto*

JUDGE, U.S. DISTRICT COURT